IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

SARAH PYRON                                                                              PLAINTIFF

vs.                                                              Case No: 4:09-CV-00057-WAP-DAS

PICCADILLY RESTAURANTS, LLC                                                       DEFENDANTS

### FINAL JUDGMENT

In accordance with this Court's Memorandum Opinion issued this day, the parties having consented to trial and entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c), with any appeal to the Court of Appeals for the Fifth Circuit, it is hereby

**ORDERED:**

1. That defendants' motion [doc. 77] for summary judgment is **GRANTED;** and all of plaintiff's claims are dismissed with prejudice.

2. That the parties shall bear their own costs.

3. That the Clerk shall forthwith close this case.

**THIS**, the 2nd day of July, 2010.

/s/David A. Sanders
UNITED STATES MAGISTRATE JUDGE